UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jack A. Elder and Rebecca A. Elder, | Case No. 08-CV-05100 PAM/JSM |
| Plaintiffs, | |
| vs. | **ORDER TO LIMIT PLAINTIFFS' CLAIM FOR MONEY DAMAGES TO $75,000 OR LESS** |
| The Travelers Indemnity Company of Connecticut, | |
| Defendant. | |

The Court having fully considered the matter, and based upon the Stipulation executed by the parties to the above matter, the Court makes the following order:

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiffs' claim for money damages in the above-captioned matter shall be limited to an amount less than $75,000.00 (exclusive of interest and costs).

BY THE COURT:

Dated: October 7, 2008

s/Paul A. Magnuson
Paul A. Magnuson, Judge
United States District Court