UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jack A. Elder and Rebecca A. Elder, | Case No. 08-CV-05100 PAM/JSM |
| Plaintiffs, | |
| vs. | **ORDER FOR REMAND AND TRANSFER OF VENUE** |
| The Travelers Indemnity Company of Connecticut, | |
| Defendant. | |

Based upon the Stipulation of the parties,

**IT IS HEREBY ORDERED** that the above-captioned matter shall be remanded to the Courts of the State of Minnesota, County of Houston.

BY THE COURT:

Dated: <u>October 7</u>, 2008

<u>s/Paul A. Magnuson</u>
Paul A. Magnuson, Judge
United States District Court